DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS BEEVERS, U.S.V.I. Bar #766
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RAUL OROZCO-PEREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>RAUL OROZCO-PEREZ,<br><br>        Defendant. | No.  2:11-cr-00143-MCE<br><br>STIPULATION AND ORDER<br>TO CONTINUE STATUS CONFERENCE<br><br>Date:   June 9, 2011<br>Time:   9:00 a.m.<br>Judge:  Hon. Morrison C. England |

The parties request that the status conference in this case be continued from May 19, 2011, to June 9, 2011 at 9:00 a.m.  They stipulate that the time between May 19, 2011 and June 9, 2011 should be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).  Specifically, counsel needs additional time to negotiate a resolution to this matter.

///

///

The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §(7)(B)(iv).

Dated: May 17, 2011                    Respectfully submitted,

                                       DANIEL BRODERICK
                                       Federal Defender


                                       /s/ Douglas Beevers
                                       DOUGLAS BEEVERS
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       RAUL OROZCO-PEREZ

Dated: May 17, 2011                    BENJAMIN B. WAGNER
                                       United States Attorney


                                       /s/ Michele Beckwith
                                       MICHELE BECKWITH
                                       Assistant U.S. Attorney

Stip and Order                         -2-

**ORDER**

    UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for May 19, 2011, be continued to June 9, 2011, at 9:00 a.m.  Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from the date of this Order, to and including, the June 9, 2011, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

 Dated: May 18, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stip and Order                    -3-